IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MATTHEW LAMB, individually and as a
Member of Central Arkansas House
Buyers, LLC and CAHB Operating, LLC     PLAINTIFF/COUNTER-
                                        DEFENDANT

v.                    No. 4:24-cv-755-DPM

CENTRAL ARKANSAS HOUSE BUYERS
LLC; and CAHB OPERATING LLC             DEFENDANTS

v.

THOMAS CHAPIN; CHAPIN TEAM
LLC; ULTRA HOLDINGS LLC; and
ULTRA PROPERTIES PM LLC                 DEFENDANTS/COUNTER-
                                        CLAIMANTS

ORDER

Lamb's unopposed motion to remand, *Doc. 24*, is granted. The four Chapin-related bankruptcy cases were dismissed. This Court now lacks subject matter jurisdiction over the matter that came from the Circuit Court. *Specialty Mills, Inc. v. Citizens State Bank*, 51 F.3d 770, 774 (8th Cir. 1995). And because the bankruptcies have been dismissed, under the *Rooker-Feldman* doctrine this Court has no jurisdiction over the pending state appeals. *Compare Parker Law Firm v. Travelers Indemnity Co.*, 985 F.3d 579, 584 (8th Cir. 2021). Case number 60CV-22-

04560 is remanded to the Circuit Court of Pulaski County, Arkansas; and case number CV-24-434 and case number CV-24-440 are remanded to the Court of Appeals of Arkansas. 28 U.S.C. § 1447(c) & § 1452(b).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*19 November 2024*